IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

**FILED**
JUL 15 2014
U.S. COURT OF
FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| ENTERPRISE INFORMATION SERVICES, INC. | |
| Plaintiff, | CFC No. _____ |
| v. | Judge __14 - 615C__ |
| THE UNITED STATES OF AMERICA | |
| Defendant. | |

## MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Enterprise Information Services, Inc. ("EIS"), through undersigned counsel, respectfully requests that the Court enter the attached Protective Order covering production of "protected information" in this case, which includes material that is competition sensitive, proprietary, confidential or otherwise protectable.

The documents in this case contain proprietary business information of EIS. This information derives value from not being generally known. Protection of these documents is necessary to protect not only the proprietary information of EIS but also the process for competition for Federal contracts.

The documents in this case will also include materials subject to a protective order issued by the United States Government Accountability Office ("GAO"). The GAO Protective Order provides:

> Protected material obtained under this protective order may be used, however, in a bid protest filed with the United States Court of Federal Claims, without GAO's prior authorization, provided that the information is filed under seal with the Court, that the Court is informed of GAO's protective order, and that the Court is

1

requested to issue its own protective order to cover the protected material. In addition, GAO must be notified when suit is filed with the Court. Use of material protected under the GAO protective order will be governed by the protective order issued by the Court.

Issuance of a Court protective order is in the interests of comity and justice and ensures continued protection of sensitive data protected by the Federal Acquisition Regulation.

Respectfully submitted,

Date:  July 15, 2014                    By: _____
Alexander J. Brittin
BRITTIN LAW GROUP, P.L.L.C.
8000 Towers Crescent Drive, Suite 900
McLean, Virginia 22182
Tel: (703) 610-4895
Fax: (703) 610-4896
Email:  alex@brittinlaw.com
*Counsel of Record for Plaintiff*
*Enterprise Information Services, Inc.*

*Of Counsel*:

Jonathan D. Shaffer (jshaffer@smithpachter.com)
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, Virginia 22182
Tel: (703) 847-6280
Fax: (703) 847-6312

## **CERTIFICATE OF SERVICE**

I certify that I have caused a true and accurate copy of Enterprise Information Services, Inc.'s Motion for Entry of a Protective Order to be delivered by the delivery method indicated below on the 15th day of July 2014 to the following:

>United States Department of Justice (*via electronic mail*)
>Commercial Litigation Branch
>1100 L Street, NW, 8th Floor
>Washington, DC  20530
>Tel: (202) 616-0475
>Fax: (202) 305-7644
>Email:  nationalcourts.bidprotest@usdoj.gov
>
>Tommy G. Thomas, Contracting Officer (*via electronic mail*)
>Valerie Bindel, Contracting Officer (*via electronic mail*)
>Fritz G. Lanham Federal Building
>Federal Acquisition Service
>OASIS Program
>819 Taylor Street
>Suite 7A37
>Ft. Worth, Texas 76102
>Tel. no.: (817) 978-4656
>Email:  tommy.thomas@gsa.gov
>            valerie.bindel@gsa.gov
>
>John E. Cornell (*via electronic mail*)
>Senior Assistant General Counsel
>GSA Office of the General Counsel
>1725 First Street, NE – Mail Stop LP
>Washington, D.C.  20417
>Tel. no.: (202) 501-1598
>Fax no.: (202) 501-0583
>Email:  john.cornell@gsa.gov

Alexander J. Brittin