**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

BID PROTEST

FILED
JUL 15 2014
U.S. COURT OF
FEDERAL CLAIMS

| ENTERPRISE INFORMATION SERVICES, INC. | |
|---|---|
| Plaintiff, | CFC No. _____ |
| v. | Judge 14-615C |
| THE UNITED STATES OF AMERICA | |
| Defendant. | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff Enterprise Information Services, Inc. ("EIS"), through undersigned counsel, respectfully requests that this Court file under seal EIS' Complaint.

This case arises out of a procurement of a Federal Government contract. The documents in this case contain proprietary business information of EIS. This information derives value from not being generally known. Protection of these documents is necessary to protect not only the proprietary information of EIS but also the process for competition for Federal contracts. Plaintiff is simultaneously filing a Motion for Entry of a Protective Order.

Because the confidentiality of the designated documents implicates the ability of EIS to compete for government contracts, and because the government has an overriding interest in promoting competition, there exists an "overriding interest" in allowing for the documents in question to be filed under seal. Rushford v. New Yorker Magazine, Inc., 846 F.2d 249, 252 (4th Cir. 1988).

The Complaint also includes materials subject to a protective order issued by the United States Government Accountability Office ("GAO"). The GAO Protective Order provides:

1

> Protected material obtained under this protective order may be used, however, in a bid protest filed with the United States Court of Federal Claims, without GAO's prior authorization, provided that the information is filed under seal with the Court, that the Court is informed of GAO's protective order, and that the Court is requested to issue its own protective order to cover the protected material. In addition, GAO must be notified when suit is filed with the Court. Use of material protected under the GAO protective order will be governed by the protective order issued by the Court.

Filing under seal is in the interests of comity and justice and to ensure continued protection of sensitive data protected by the Federal Acquisition Regulation.

We are filing with this Motion to File Under Seal a proposed redacted version of the Complaint. The proposed redacted version of the Complaint should not be released outside the Court or the government until approved for public release by counsel for the United States Department of Justice. None of the approximately forty-one awardees intervened in the proceedings before the GAO and we do not anticipate that any of the awardees will intervene here.

For the foregoing reasons, EIS respectfully requests that this Court file under seal EIS' Complaint.

                                           Respectfully submitted,

Date: July 15, 2014                By: _____
                                              Alexander J. Brittin
                                              BRITTIN LAW GROUP, P.L.L.C.
                                              8000 Towers Crescent Drive, Suite 900
                                              McLean, Virginia 22182
                                              Tel: (703) 610-4895
                                              Fax: (703) 610-4896
                                              Email: alex@brittinlaw.com
                                              *Counsel of Record for Plaintiff*
                                              *Enterprise Information Services, Inc.*

*Of Counsel*:
Jonathan D. Shaffer (jshaffer@smithpachter.com)
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, Virginia 22182
Tel: (703) 847-6280
Fax: (703) 847-6312

## CERTIFICATE OF SERVICE

I certify that I have caused a true and accurate copy of Enterprise Information Services, Inc.'s Motion to File Documents Under Seal to be delivered by the delivery method indicated below on the 15th day of July 2014 to the following:

> United States Department of Justice (*via electronic mail*)
> Commercial Litigation Branch
> 1100 L Street, NW, 8th Floor
> Washington, DC 20530
> Tel: (202) 616-0475
> Fax: (202) 305-7644
> Email: nationalcourts.bidprotest@usdoj.gov
>
> Tommy G. Thomas, Contracting Officer (*via electronic mail*)
> Valerie Bindel, Contracting Officer (*via electronic mail*)
> Fritz G. Lanham Federal Building
> Federal Acquisition Service
> OASIS Program
> 819 Taylor Street
> Suite 7A37
> Ft. Worth, Texas 76102
> Tel. no.: (817) 978-4656
> Email: tommy.thomas@gsa.gov
>         valerie.bindel@gsa.gov
>
> John E. Cornell (*via electronic mail*)
> Senior Assistant General Counsel
> GSA Office of the General Counsel
> 1725 First Street, NE – Mail Stop LP
> Washington, D.C. 20417
> Tel. no.: (202) 501-1598
> Fax no.: (202) 501-0583
> Email: john.cornell@gsa.gov

*[signature]*
Alexander J. Brittin